UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:07-80099-Cr-Marra/Vitunac

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARON YARBROUGH,

    Defendant.
_____/

## ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before United States Magistrate Judge **ANN E. VITUNAC** on AUGUST 27, 2007, where the Defendant was arraigned and a plea of **NOT GUILTY** was entered. Defendant and court appointed counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

**DEFENDANT:**    Address: IN CUSTODY

    Prisoner#

    Language: ENGLISH

    Telephone no.:

**DEFENSE COUNSEL:**    Name: FEDERAL PUBLIC DEFENDER

    Address: WEST PALM BEACH, FLORIDA

    Telephone no.: (561) 833-6288

BOND/SET/CONTINUED: TEMPORARY PRETRIAL DETENTION

BOND/PTD hrg held: YES____ NO X   BOND/PTD hrg set for 9/04/07

Dated this 27 day of AUGUST, 2007.

CLARENCE MADDOX, CLERK OF COURT

By:_____
    Deputy Clerk

c:    Courtroom Deputy, District Judge
    United States Attorney
    Defense Counsel
    United States Pretrial Service