1                  UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF FLORIDA

2

3   UNITED STATES OF AMERICA,)   Case No.
                     )   07-80099-CR-MARRA
4         Plaintiff,    )
                     )
5      -v-              )
                     )
6   MARION YARBROUGH,     )
                     )
7         Defendant.    )   West Palm Beach, Florida
                     )   September 19, 2008
8   _____)

9

10           TRANSCRIPT OF SENTENCING PROCEEDINGS

11         BEFORE THE HONORABLE KENNETH A. MARRA

12              U.S. DISTRICT JUDGE

13

14   Appearances:

15   FOR THE GOVERNMENT      Ann Marie C. Villafana, AUSA

16

   FOR THE DEFENDANT       Michael Metz, ESQ.
17

18   Reporter             Stephen W. Franklin, RMR, CRR, CPE
    (561)514-3768        Official Court Reporter
19                       701 Clematis Street, Suite 417
20                       West Palm Beach, Florida  33401

21

22

23

24

25

1       (Call to the order of the Court.)

2           THE COURT:  Good afternoon, please be seated.

3           All right.  We're here in the case of the United

4    States of America versus Marion Yarbrough, case

5    number 07-80099-CR-MARRA.

6           May I have counsel state their appearances, please.

7           MS. VILLAFANA:  Good afternoon, Your Honor.  Marie

8    Villafana for the United States.  With me at counsel table is

9    special agent Jason Richards, from the FBI, and the victim in

10   this case.  Also present in the jury box is the guardian ad

11   litem.

12          THE COURT:  Good afternoon.

13          MR. METZ:  Good afternoon, Judge.  Michael Metz on

14   behalf of Marion Yarbrough, who is with us this afternoon.

15          THE COURT:  Good afternoon.

16          We are here for sentencing.  Have both sides

17   reviewed the presentence investigation report?

18          MS. VILLAFANA:  Yes, Your Honor.

19          MR. METZ:  Yes, Judge.

20          THE COURT:  And has the Defendant reviewed it with

21   counsel?

22          MR. METZ:  I have reviewed it with him, as well as

23   the addendum and what I'll refer to as a stipulation,

24   although I think it has a different heading on it, that was

25   filed I believe two days ago.

1          THE COURT:  All right.  I have an original here

2     which I'm holding.  I guess we need to make sure that the

3     Defendant has seen this.

4          Mr. Yarbrough, have you seen this agreement

5     regarding sentencing issues that I'm holding?

6          THE DEFENDANT:  Yes, sir, Your Honor.

7          THE COURT:  And have you read it?

8          THE DEFENDANT:  Yes, sir.

9          THE COURT:  And did you review it with your

10     attorney?

11          THE DEFENDANT:  Yes, sir.

12          THE COURT:  And did you understand it after you

13     read it and reviewed it with your attorney?

14          THE DEFENDANT:  Yes, sir.

15          THE COURT:  And did you discuss the relative merits

16     of either agreeing or not agreeing to these issues?

17          THE DEFENDANT:  Yes, sir.

18          THE COURT:  And after reviewing it with your

19     attorney and discussing this matter with your attorney, did

20     you sign this agreement regarding the sentencing issues on

21     the bottom signature line on page 3?

22          THE DEFENDANT:  Yes, sir.

23          THE COURT:  Did you sign this freely and

24     voluntarily?

25          THE DEFENDANT:  Yes, sir.

Page 4

1          THE COURT:  Did anyone force you or threaten you in

2    any way to agree to the resolution of these sentencing issues

3    in this manner?

4          THE DEFENDANT:  No, sir.

5          THE COURT:  And were you under the influence of any

6    drugs, medicine or alcohol at the time you signed this

7    document?

8          THE DEFENDANT:  No, sir.

9          THE COURT:  And you did it freely and voluntarily?

10         THE DEFENDANT:  Yes, sir.

11         THE COURT:  All right.  Then I'm going to find that

12   the Defendant entered into the agreement regarding sentencing

13   issues freely and voluntarily and knowingly.

14         MR. METZ:  Will that document now be incorporated

15   into presumably the plea agreement?

16         THE COURT:  Yes.

17         MR. METZ:  Thank you.

18         THE COURT:  All right.  Having done that, I don't

19   know if Probation's familiar with the agreement.  Have you

20   seen the agreement?

21         PROBATION OFFICER:  Francis Weisberg with U.S.

22   Probation.

23         Yes, Your Honor, I have.

24         THE COURT:  And what changes, if any, based on the

25   agreement does -- how does it affect the presentence report?

1      I think it reduces it by two levels?

2              PROBATION OFFICER:  Yes, Your Honor.  The total

3      offense level changes to a 35, and the imprisonment range

4      changes from 292 to 365 months, and all other statutory

5      provisions remain the same.  Probation remains unauthorized,

6      supervised release remains five years to life, and the fine

7      range remains $20,000 to $200,000.

8              THE COURT:  All right.  Thank you.

9              PROBATION OFFICER:  You're welcome.

10              MR. METZ:  Judge, may I just add one thing on that

11      issue?

12              THE COURT:  I understand you're still arguing the

13      criminal history category.

14              MR. METZ:  We're not --

15              THE COURT:  I mean, the career offender.  Okay.

16              MR. METZ:  I've spent a considerable amount of time

17      yesterday and today researching and speaking with both

18      Probation and the Government, and met with Mr. Yarbrough

19      prior to this hearing, and I'm happy if the Court wants to

20      inquire, but Mr. Yarbrough hereby withdraws any objection to

21      him being characterized as a career criminal offender.

22              In particular, just so the record's clear, there

23      were two separate indictments that did allege what Florida

24      law and the Eleventh Circuit has interpreted under fleeing

25      and evading as being violent crimes, which would be the

1    elements necessary for the enhancement here.

2            There's an issue about a collateral attack on the

3    Kentucky statute.  I have discussed that with Mr. Yarbrough.

4    After doing so, he, however, agrees that he is in fact and

5    should be characterized as a career criminal offender, and we

6    would withdraw any objection otherwise.

7            THE COURT:  All right.  Mr. Yarbrough, is that

8    correct, that you've discussed this other issue with your

9    attorney that's not contained in that sentencing agreement we

10   just talked about, and you understand that you are

11   withdrawing your objections to being categorized as a career

12   offender?

13           THE DEFENDANT:  Yes, sir.

14           THE COURT:  And have you done that willingly and

15   voluntarily?

16           THE DEFENDANT:  Yes, sir.

17           THE COURT:  And did you understand all the issues

18   after discussing them with your attorney?

19           THE DEFENDANT:  Yes, sir.

20           THE COURT:  Okay.  And were you under the influence

21   of any drugs, medicine or alcohol at the time that you were

22   having these discussions with your attorney?

23           THE DEFENDANT:  No, sir.

24           THE COURT:  I'm going to find that he's withdrawn

25   that objection, as well.

1          All right.  Having done that, let me hear from the

2     Government as to what sentence, if any, I should impose.

3          MS. VILLAFANA:  Your Honor, do you mind if we

4     approach on the other motion that I filed earlier today?

5          THE COURT:  Can we do that later?

6          MS. VILLAFANA:  Sure.

7          THE COURT:  Let's deal with that later.

8          MS. VILLAFANA:  Your Honor, pursuant to the terms

9     of the plea agreement, the Government is asking for the low

10     end of the guideline range.  The victim and her mother have

11     requested the opportunity to speak with you, and we would

12     like to present the mother's statement first, if that's all

13     right.

14          THE COURT:  Certainly.

15     (Brief pause in proceedings.)

16          MS. VILLAFANA:  And, Your Honor, just before we --

17     just before she begins, we would just ask that on the record

18     the victim's mother be referred to solely by her first name

19     and the victim be referred to only as "A".  I've had issues

20     on appeal where a name has been used in a transcript, and the

21     Eleventh Circuit has published opinions with names in them,

22     so . . .

23          THE COURT:  All right.  Certainly.

24          All right.  Ma'am, tell us your first, please.

25          THE WITNESS:  Julia.

Page 8

1              THE COURT:  Can you spell that?

2              THE WITNESS:  J-u-l-i-a.

3              THE COURT:  Thank you.

4              THE WITNESS:  Dear, Judge, my name is Julia.  I am

5    the mother of "A", the victim in this case.  I'm here to beg

6    the courts for more than 24 years.  Twenty-four years does

7    not fit the crime.  In my opinion, a minimum of 54 years, so

8    that he is not able to get out and do this again to another

9    child.

10             Your Honor, the Defendant put me, my daughter, my

11   whole entire family members, my whole entire household

12   through a nightmare, even to friends and family.  My daughter

13   disappeared in the middle of the night, she left her

14   cellphone, her keys, the clothes she wears all because the

15   Defendant told her to.  There's evidence of all this.

16             My daughter was a virgin, did not use drugs, loved

17   school.  She's a happy child with a bunch of dreams.  Yes,

18   wanting to be an adult, couldn't wait to grow up, go to

19   college, get married, have kids, travel.  That's no longer

20   who my daughter is, and that is the Defendant's fault.

21             My daughter was raped morning and night twice a day

22   by the Defendant.  He beat her numerous times until my

23   daughter stopped fighting finally.  That is not humane.  You

24   do not do that to a 15-year-old child.

25             I went through hell and back trying to find my

1    daughter.  I never thought she would be in Kentucky.  That

2    was the last thing I could have imagined.  I looked for her

3    all over West Palm Beach.  Over 25,000 posters were put up of

4    my daughter in that period of time.

5            My daughter had never used drugs or alcohol.  The

6    Defendant also gave her the drugs and alcohol, cigarettes.

7    The Defendant even went to the extreme of raping my daughter

8    after a party.  He took her to a party, in a middle of a

9    highway, outside of a car with cars passing by.  To that

10   point he degraded my 15-year-old little girl.

11           My daughter no longer sleeps correctly.  She has

12   nightmares, she wakes up.  And I can't hug my daughter

13   because my daughter doesn't like being touched, not even by

14   me, her mother, the one who gave birth on to her.  Again, the

15   Defendant's fault.

16           I have two other children.  One was three at the

17   time that my daughter went missing.  She is five now.  My

18   daughter still says my daughter's whole name, West Palm

19   Beach, Florida, missing.  I have a younger child that was

20   two, is four now.  He loves going up to gentlemen, talking to

21   them.  He thinks he's a big boy.  My five-year-old tells the

22   little four-year-old, you can't do that.  (Redacted) -- "A"

23   was big, "A" was big and strong when they took her, when that

24   man took her.  They can take you, too.  Yes, it's good for my

25   five-year-old to be smart, but she shouldn't have to be

1    saying those things if this wouldn't have happened.

2          The only way from preventing this to happen again

3    is not letting him out.  If he gets out, he will do it again.

4    All you have to do is look at his past.  Look at the mother

5    of his other children, and you will see that this is not

6    something that's going to stop.  If he gets out at 60, he

7    will do this again.

8          Everybody in here has kids, grandkids, nieces,

9    nephews.  We don't know who next time it's gonna be.

10          These are things you hear, and you don't think it's

11    ever going to happen to you, but you never know, Your Honor.

12    And the only time we have right now is here and now.  We

13    can't count on any other charges.  You're the only one right

14    now that can make this happen.  There's more than enough

15    evidence.  It's all there.  He knew she was 15, he knew she

16    didn't use drugs, he knew she was a virgin.  He promised her

17    so many different things.  None of them were beatings, none

18    of them were being raped, none of them was to drug her or any

19    of that.

20          My daughter still suffers from panic attacks,

21    crying spells, she uses words like "hate" that she never used

22    before.

23          Your Honor, I beg you, please just -- I can't -- I

24    couldn't even read it.  Although I prepared it, I couldn't

25    even read it.  I beg you, please don't let him out not only

1   for me, my daughter, but for the rest of the kids in this

2   world, Your Honor, the little ones who are coming out.  When

3   this man is 60, he will do this again.  He is not gonna stop.

4          And if he would have known -- if you read his

5   messages to my daughter, you will realize that if he would

6   have known that they were coming for him, he would have

7   killed my daughter just so there's no evidence left behind.

8   That, I'm sure of.  Next time that is what he's gonna do to

9   make sure he doesn't go back.

10          I just hope you can find it in your heart to do the

11   right thing here in this case, Your Honor, and that you don't

12   ever let him out so that he can't do this.  And if not life,

13   give him 70 years.  Make sure that he's old enough he's not

14   gonna do it, old enough that he can't hurt another child.

15          THE COURT:  Thank you, ma'am.

16          I'm going to direct the reporter to strike from the

17   record the child's name and replace it with "A".

18          MS. VILLAFANA:  Your Honor, I just -- I think that

19   I need to inform the Court that in my review of the chats, I

20   didn't see anything to suggest that Mr. Yarbrough would have

21   killed the victim.

22          THE COURT:  If she would feel more comfortable at

23   the table, she can speak at the table.

24          Wherever you feel more comfortable.  Just speak

25   into the microphone, if you would, please.

Page 12

```
 1          THE WITNESS:  Your Honor, I just want to say sorry
 2   for my mom screaming and stuff.  I could hear her from the
 3   room across.  And I guess I just want to start out with
 4   telling you that, you know, when I first met him I was dumb
 5   and stuff, and I feel kind of like, you know, sometimes
 6   like -- like I was trapped at the time.  I was feeling like I
 7   was trapped, so that's why I did leave my house.  That's why
 8   I did agree to go.  You know, he told me he was going to give
 9   me a ticket for me to go up there, so I agreed.
10          And I told him I was 15.  He told me he was 21.
11   Found out later when I was up there that he was really 34,
12   30-something.  And every time I found out about a lie, he
13   would tell me, well, if I would have told you the truth you
14   wouldn't have come up here, would you?  And I said, I don't
15   know, because I didn't want to tell him yes or no because I
16   was scared.  I didn't want something bad to happen to me.
17   Even though I was trying to run away from everything else, I
18   just -- at the time I just -- I feel like there was no other
19   way but to lie and just sit there and pretend like there was
20   nothing better.  I mean, like, I mean, you know --
21          THE COURT:  Take your time.  Take your time.
22          THE WITNESS:  All right.  Before I went up there I
23   was a virgin, I never did anything bad, you know, like except
24   for got detention for being late to school, that's it.  So,
25   you know . . .
```

Page 13

1          When I went up there and I first met him like up

2     face to face, I didn't know what to do, I didn't know what to

3     say, I just -- I kinda took it because I was scared.   I

4     didn't want to tell him you're not the person I expected, I

5     didn't want to tell him you're not who I was looking forward

6     to meeting.  And so I kind of pretended like it didn't bother

7     me, you know what I mean?  Like I pretended like there was

8     nothing wrong with the picture.

9          So we just went.  And I know he knew that I just --

10    I tried to push him away sometimes, and he pretended like I

11    wasn't.  I'm pretty sure he knew, but he just kept going.

12    And so I've -- yes, there was times that I did tell him to

13    stop, I asked him to stop.  I pretended like, you know -- I

14    pretend like actually -- again, I just kept pretending like

15    everything was okay, but at the same time I was telling him

16    no and to stop, you know.  I just didn't want to get hurt.  I

17    was scared.  So, yeah, I told him, you know, just wait, you

18    know, just if -- he kept telling me, oh, I love you, and I

19    won't hurt you, don't worry about it.  But I kept asking him

20    to wait, and he wouldn't.  And he'd make -- he'd hurt me on

21    purpose.  He knew he was hurting me, because when I would

22    tell him no he would do -- he would do physical things to

23    hurt me to make me give up, like hold me down and force

24    himself in me, you know.  And it was hard to say, because,

25    you know . . .

1        Yeah, since I've been back I can't sleep.  When I

2   first got back, every night I would have to lock my -- make

3   sure all my windows were locked and my doors were locked,

4   because I was worried that -- because he said he was Vice

5   Lord, and he had all these friends and everything.  So I was

6   worried.

7        Every time I'd go to Wal-mart and I'd see somebody

8   who looks like him I'd have to walk away or walk out of the

9   store, and that's how bad it was.

10        I would have nightmares about him, and I couldn't

11   sleep, and I would have panic attacks because I didn't want

12   to go to sleep, you know what I mean?  Like, I was fighting

13   my dreams because the damn dreams -- oh, I'm sorry, the

14   dreams, they were, you know . . .

15        My mom says that I'm an animal now, she tries to

16   say, because my feelings, I try to block them.  I don't cry

17   as much, I don't -- I try not to let things affect me.  I try

18   to -- like I've always tried to just pretend like they're not

19   there, but it's even worse now.  I end up exploding on people

20   sometimes, and I feel really bad, but I can't help it.  Like

21   now -- I wasn't like that before, but now I can't help it.  I

22   hold it in for as much as I can, and then I end up exploding

23   on people that I love.

24        And my mom, we're worse than ever now, me and her,

25   honestly.  We're always fighting and things, but sometimes

1   she blames -- sometimes I blame her for leaving, sometimes

2   she blames me for leaving.

3          I really -- I know now that he pushed me, but

4   before I kept blaming myself because I know I could have --

5   you know, I just -- I could have done something different,

6   and I didn't, and I feel like I should have now.  But before,

7   I -- I feel trapped, and that's why I didn't -- I mean, I

8   think about now, and I felt like I should have done

9   something, but I didn't because I just felt trapped.  So I'm

10  sorry that I didn't.

11         He tried to get me pregnant a couple times.  Not a

12  couple times, every time he's tried to get me pregnant.  I

13  would -- when I was up there, I would literally drink and

14  smoke weed so I can just feel numb, because I knew what was

15  coming that night.  So I did it just to numb myself, numb my

16  whole body.  And it did, it worked.  I mean, my mind was

17  still there, but at least, you know, my body, the physical

18  pain was gone at the moment, so . . .

19         And, I mean, I feel bad now, and I feel really

20  sorry for doing things like that, but honestly, the drinking,

21  honestly I felt like there was no other way.  I didn't leave

22  because I felt trapped.  I smoked weed and I drunk like crazy

23  just to get my body away from there, I guess.  I mean, I

24  tried so hard mentally to block it, but I couldn't.  He was

25  there every day, so my mind was always there, but I guess --

1          I don't know.  I mean, do you understand, like,

2     what I'm trying to say?

3          THE COURT:  Yes.

4          THE WITNESS:  I still -- now when I like -- I take

5     things personally now.  I can't help it.  I take things to

6     heart.  I don't know how else to explain it.  Every time

7     somebody says something funny -- like at school kids think

8     it's funny, like, they will just say, oh -- like it's gonna

9     sound really bad, but this is what the kids say at school.

10    They will come up to you and be like -- and they'll give you

11    a big hug, and you'll be like, oh, you squeeze me too much,

12    and they'll be, like, oh, shut up or I'll rape you or

13    something like that.

14         And I take it personally, and they think it's

15    funny.  I know they don't understand what's happening to me,

16    but I take it personally to where I'll get mad at that person

17    and they won't know why.  And I've even stopped talking to a

18    lot of people because they said simple words like that, and

19    it's affected me, like, it just messes with me too much.

20         And then when I first came back -- this is going to

21    sound really bad, but I felt kind of like a -- like I think

22    about it now, and I feel like kinda like a hoe in a way, you

23    know what I -- like a prostitute.  Because, you know what I

24    mean, when I came back I felt like I had to have sex with a

25    guy for him to love me, honestly.  And I was a virgin when I

1    got there at Kentucky, and I don't know why, when I came back

2    I just felt lying that.

3           Finally I saw a therapist, and she told me you

4    don't need to do that, and she helped me realize, you know,

5    that I need to love myself, I don't need somebody else to

6    love me.  And so I guess that's what I was looking for when I

7    left, for somebody to love me, and I just kind of ignored all

8    these other facts.

9           I mean, in a way I just knew it was wrong, but I

10   was just trying to get away from my house, and then I ended

11   up in another situation, and that's it.  I thought that was

12   it for me.  I had nowhere else to go, until finally the FBI

13   found me.

14          And I was scared at first, but I was so happy that

15   even -- even when they put me in juve because they said that

16   they had nowhere else to put me, I would rather have been

17   there.  I mean, I feel like I didn't deserve to be in there.

18   Even though I only stayed there for like a week, I would

19   rather have been there than to still be in Kentucky now.

20          And this is also going -- I mean, I've done so many

21   dumb things over this.  Like, I've had suicide thoughts about

22   this.  I mean, I know it sounds so dumb, but I can't help it,

23   it just happens, suicidal thoughts.

24          And, like, I've gotten to a point where I thought

25   that nobody would love me because of what happened to me

1    because I gave up so easily, because the one thing that made

2    me special was gone, that I thought made me special.  Now I

3    know, you know, but . . .

4              I think that's it.  I don't know what else to say.

5              MS. VILLAFANA:  I think that's all that she has to

6    say.

7              THE COURT:  Thank you very much.

8              All right.  Anything else from the Government?

9              MS. VILLAFANA:  Just to address that one issue

10   sidebar.

11             THE COURT:  Okay.  Well, Mr. Metz?

12             MR. METZ:  Judge, before I make any comments, for

13   whatever it may or may not be worth, on behalf of

14   Mr. Yarbrough, I am terribly sorry for what happened to you.

15   I don't expect that's going to change anything about what

16   happened.  I don't expect you to make any comment back to me.

17   I just want to tell you that there's nothing about you that

18   is bad, and there's nothing about this that you did wrong,

19   and I'm sorry.

20             Judge, as for my role as Mr. Yarbrough's attorney,

21   I'm not going to stand up here and as so often,

22   unfortunately, we see in a court of law in these types of

23   cases, lawyers stand up and attempts to trash a victim or a

24   victim's family.  I'm not gonna to try to justify any of the

25   conduct for which Mr. Yarbrough has pled guilty to and does

1    not dispute.

2          There certainly are other factors and other issues

3    that perpetuated "A" to leave her home.  I'm going to leave

4    it at that.  It doesn't make what occurred right.  Nothing

5    makes it right.  Nobody has the right to do what

6    Mr. Yarbrough has pled guilty to.

7          Ms. Villafana and I have worked for several months,

8    did work for several months discussing this case.  I believe

9    we were not far from a trial posture in this case, as the

10   Court I'm sure is aware.  There were many considerations

11   about all of the facts, with the primary understanding that

12   if there's a way to resolve this case by a joint agreement,

13   of course, subject to Your Honor, that that should be done.

14         What I can tell this court is that I, along with

15   Ms. Villafana, spent considerable time discussing some of the

16   very uncomfortable facts of this case, as well as the

17   consequences that "A" has and I hate to say probably will

18   suffer longer than we all like to think.  I can only hope

19   that she gets the help that she needs to help heal the scars

20   that have -- or the wounds that have been opened.

21         But I say this, Judge, because the parties did take

22   a very hard, close look at this case, and Ms. Villafana and I

23   did carefully construct a variety of plea agreements 'til we

24   finally arrived at the agreement to which Mr. Yarbrough did

25   ultimately agree to sign and this court did accept at the

1    plea back in April, I believe, the 4th.

2           And what I'm suggesting to this court is that all

3    that time was put in by the parties, and paragraph 7 of that

4    plea agreement does, in fact, ask this court to a low-end

5    advisory guideline range.  I would suggest to Your Honor that

6    a 24-plus-year sentence, not month, 24-plus-year sentence in

7    this case, I don't want to say that it -- it may come across

8    as offensive if I say it's sufficient, because I'm sure to

9    "A", and clearly her mother, 24 years can't be enough.  If

10   this court were to and have the ability to and chose to order

11   death for Mr. Yarbrough, I'm not sure that would be enough,

12   and I understand why they might feel that way.

13          I certainly don't feel that way, but I'll put that

14   aside.  Twenty-four and a half years, Judge, is a very long

15   time that Mr. Yarbrough is going to sit in a federal

16   penitentiary if this court were to accept that

17   recommendation, that joint recommendation.  He will have 24

18   and one half years every single day to think about what it is

19   he pled guilty to.  The crying of "A's" mother, the

20   statements of "A" I am sure will resonate not just for those

21   24 and a half years, but until the day that Mr. Yarbrough

22   leaves us.

23          I also add, Judge, that Mr. Yarbrough has currently

24   pending charges in Kentucky.  I believe it's referred to as

25   rape there, whether it's sexual battery.  The issue there is,

1   as I understand it in talking to his public there, that he is

2   potentially facing multiple life sentences.  So whatever this

3   court does impose, that's not the end of the line for

4   Mr. Yarbrough.  He's going to have to go face the music up in

5   Kentucky for the underlying offense conduct for which he's

6   being accused in Kentucky.

7           I would suggest to this court that in light of the

8   parties' joint recommendation, our attempts to review this

9   evidence and the facts of this case with an eye toward what I

10  expected and what Ms. Villafana expected what we would hear

11  out of both the mother and "A", I would ask this court and

12  urge this court to adopt the finding of the parties insofar

13  as the joint recommendation for the low end of 292 months.

14          I believe that Mr. Yarbrough may have a very short

15  statement for this court.  Would the Court rather him do that

16  from --

17          THE COURT:  Wherever he would prefer.

18          MR. METZ:  Do you want to speak from there?

19          THE DEFENDANT:  (Nods head.)

20          THE COURT:  Just if you can just lower the

21  microphone so we can hear you, please.

22          THE DEFENDANT:  I want to apologize to (redacted)

23  for my actions, to her and her family.  I have no excuse but

24  only apologies, and I know that's not enough.  I know that

25  it's not going to fix the past, and I wish I could change it

1    if I could.

2           Once again, I'm sorry, and I hope that she can get

3    the help that she needs.

4           THE COURT:  Thank you.

5           MR. METZ:  Judge, I just want to add that for

6    whatever this is worth to "A" in this particular case, this

7    is a statement that I typed but was spoken to me by

8    Mr. Yarbrough and are his words.  While it came off of my

9    word processor so that it was legible -- Mr. Yarbrough

10   frankly doesn't have a significant ability to write and/or

11   read.  He has a very rudimentary ability.  So I do, for

12   whatever it's worth, want "A" to know that those are the

13   words of Mr. Yarbrough.  Take them as they will, or as she

14   will.

15          At this point, Judge, I have nothing else to add

16   other than, again, just to refer the Court to the joint

17   agreement of the parties and ask the Court to impose that low

18   end, which, in this case, I would suggest, is more than

19   sufficient as a 24-and-a-half-year sentence.

20          THE COURT:  Thank you.

21          Why don't we talk about the issue on the guardian,

22   and then we'll proceed to sentencing.

23   (The following proceedings were held at sidebar:)

24          [ Sealed by order of the Court.

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 24

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 27

1

2

3

4

5    ]

6         (Sidebar conference concluded.)

7              THE COURT:  All right.  Anything else from either

8    side?

9              MS. VILLAFANA:  No, Your Honor.

10              I guess the only thing when I addressed our

11    recommendation, I didn't address the supervised release

12    portion.  I believe that the guidelines recommend life, and

13    that would be our recommendation, as well.

14              THE COURT:  All right.  Ordinarily, I defer to the

15    parties and the agreements of the parties when sentencing

16    defendants.  I try to take the approach that the parties know

17    the case better that I do, know what the facts are, what the

18    Government can prove, why compromises are made, and unless

19    the facts of the case strike me as being -- or the proposed

20    agreement is unreasonable, I generally go along with the

21    agreement of the parties.  Unfortunately, in this case I

22    don't feel that I can accept the agreement of the parties

23    with respect to the sentence in this case.

24              In determining a sentence, I have to consider the

25    factors in 18 U.S.C., Section 3553(a)(1) through (7).

1          The Court is to impose a sentence sufficient but

2    not greater than necessary to comply with the purposes of

3    3553.

4          In determining an appropriate sentence, the Court

5    is to consider the nature and circumstances of the offense,

6    which in this case is about as serious and as disturbing as

7    we deal with in the federal courts;

8          The history and characteristics of the Defendant,

9    which are equally disturbing.  It would be one thing if this

10   was the first time that this defendant had engaged in sexual

11   conduct of a minor; it's not.  He has a history of it.  It's

12   obvious that this defendant is disturbed.  I'm not a

13   psychologist, I'm not a psychiatrist, I'm not a social

14   worker, but he has -- this is deviant behavior.  And it's not

15   just deviant behavior that affects him, it's deviant behavior

16   that adversely affects others and minor children, and that is

17   something that a society needs to protect itself against.

18         I have to consider the need for the sentence

19   imposed to reflect the seriousness of the offense, which, in

20   this case, again this is about as serious an offense that we

21   can deal with short of death.

22         I have to impose a sentence that promotes respect

23   for the law, and only a seriously and significantly long

24   incarcerative sentence would do that.

25         I also have to impose a sentence that would provide

1    just punishment, taking into account the harm to the victim,

2    her family and to society at large.

3            And I have to impose a sentence that will protect

4    the public from further crimes of this defendant, which, in

5    this case, there's just a history of continuous wrongful

6    conduct and a history of deviant sexual conduct with minors,

7    and this defendant needs to be removed from society.

8            And I have to impose a sentence that will avoid

9    unwarranted sentencing disparities among defendants with

10   similar records.

11           I also have to consider a sentence that will

12   provide the Defendant with training and medical care or other

13   correctional treatment, which, in this case, he obviously

14   needs.  He needs treatment that -- to deal with his deviant

15   behaviors.

16           So not only am I going to not accept the agreement

17   of the parties, I believe that a sentence above the advisory

18   guideline range is warranted in this case, and I'm going to

19   impose a sentence above the advisory guideline range for the

20   reasons I've just outlined.

21           So the Court has considered the statements of all

22   the parties, the presentence report, which contains the

23   advisory guidelines, as well as the statutory factors that

24   I've just outlined.

25           Based upon the Defendant's criminal record, which

1    includes several instances of sexual abuse of minors, a

2    sentence will be imposed above the advisory guideline range.

3          It is further the finding of the Court the

4    Defendant is not able to pay a fine as well as restitution,

5    so a fine shall not be imposed.

6          Pursuant to the Sentencing Reform Act of 1984, it

7    is the judgment of the Court that the Defendant, Marion

8    Yarbrough, is hereby committed to the custody of the Bureau

9    of Prisons to be imprisoned for a term of 480 months.

10         It's further ordered that the Defendant shall pay

11   restitution in the amount of $3300.

12         During the period of incarceration, payment shall

13   be made as follows:

14         One, if the Defendant earns wages in a Federal

15   Prison Industries Unicore job, then the Defendant must pay

16   50 percent of the wages earned toward the financial

17   obligations imposed by this judgment in a criminal case.

18         Two, if the Defendant does not work in a Unicore

19   job, then the Defendant must pay a minimum of $25 per quarter

20   toward the financial obligations imposed by this order.

21         Upon release from incarceration, the Defendant

22   shall pay restitution at the rate of 10 percent of monthly

23   gross earnings until such time as the Court may alter that

24   payment schedule in the interest of justice.

25         The United States Bureau of Prisons, the United

1    States Probation Office and the United States Attorney's

2    Office shall monitor the payment of restitution and report to

3    the Court any material change in the Defendant's ability to

4    pay.

5          These payments do not preclude the Government from

6    using any other anticipated or unexpected financial gains,

7    assets or income of the Defendant to satisfy the restitution

8    obligation.

9          The restitution shall be made payable to the Clerk,

10   United States Courts, and forwarded to the United States

11   Clerk's Office, Attention Financial Section, 400 North Miami,

12   Room 8N09, Miami, Florida  33128.  The restitution will be

13   forwarded by the Clerk of the Court to the victims -- to the

14   victim, who have been identified of record in this case.

15         Upon release from imprisonment, the Defendant shall

16   be placed on supervised release for a term of life.

17         Within 72 hours of his release from the custody of

18   the Bureau of Prisons, the Defendant shall report in person

19   to the probation office in the district where he is released.

20         While on supervised release, the Defendant shall

21   not commit any crimes, he shall be prohibited from possessing

22   a firearm or other dangerous devices, and he shall not

23   possess a controlled substance.

24         In addition, he shall comply with the standard

25   conditions of supervised release that have been adopted by

Page 32

1    this court, as well as the following special conditions:

2              Sex offender registration, computer possession

3    restriction, employer computer restriction, disclosure, no

4    contact with minors, no contact with minors in employment, no

5    involvement in youth organizations, sex offender treatment,

6    and Adam Walsh Act search condition, as noted in Part G of

7    the presentence report.

8              The Court also orders that the guardianship that

9    has been created for the benefit of "A" shall continue until

10   she is 18 years of age.

11             Defendant shall also immediately pay to the United

12   States a special assessment of $100.

13             The total sentence is 480 months' imprisonment,

14   $3300 restitution, supervised release for life, and a $100

15   special assessment.

16             Now that sentence has been imposed, does the

17   Defendant or his counsel object to the Court's findings of

18   fact or the manner in which sentence was pronounced?

19             MR. METZ:  Yes.

20             THE COURT:  Does the Government?

21             MS. VILLAFANA:  No, Your Honor.

22             THE COURT:  All right.  Mr. Yarbrough, you have the

23   right to appeal the sentence that's been imposed.  If you

24   wish to file an appeal, you must file your notice of appeal

25   within ten days from the date judgment is entered in this

Page 33

1     case.  And if you're unable to pay for the cost of an appeal,

2     you may seek leave to file the appeal in forma pauperis.

3              Any recommendations you'd like me to make,

4     Mr. Metz?

5              MR. METZ:  Yes, Judge.

6              Mr. Yarbrough would ask this court to recommend

7     that he be incarcerated in or about the Manchester, Kentucky,

8     area.  He understands that that's merely a recommendation,

9     that the Court cannot order BOP where he's housed.

10             THE COURT:  I will do that, yes.

11             MR. METZ:  Judge, there's also evidence in the

12    record, and the Court's heard today, as well as in the PSI,

13    that would seem to me, I don't know if he'd qualify, if the

14    Court would recommend the RDAP program for Mr. Yarbrough.  I

15    don't know if it's going to --

16             THE COURT:  The drug program?

17             MR. METZ:  Yes.

18             THE COURT:  Okay.  I'll make that recommendation.

19             MR. METZ:  And, Judge, I was appointed CJA on this

20    case.  I'm no longer a member of the CJA panel, and I would

21    ask this court if it would consider, for appellate purposes,

22    appointing separate counsel, if Mr. Yarbrough is interested

23    in appealing the sentence.  Although there's an appellate

24    waiver, because the Court departed up, he has the ability to

25    get out of the waiver.

Page 34

1          THE COURT:  Right, I understand.  He can -- he has

2     the right to appeal.

3          Well, I would ask that you continue representing

4     him until such time as either an appeal is filed or he

5     chooses not to appeal, and I would ask if he chooses to

6     appeal, that you file the notice of appeal.  At that point

7     once an appeal is filed, I will appoint appellate counsel.

8          MR. METZ:  Okay.  I'll be happy, I think what the

9     Court is saying, to file the notice if that's what

10    Mr. Yarbrough's intentions are, and then shall I --

11         THE COURT:  Yes.  And then file a motion to

12    withdraw, and I'll appoint someone else to represent him from

13    that point forward.

14         MR. METZ:  Thank you.

15         And, of course --

16         THE COURT:  I don't want to get into the short time

17    period of having new counsel get onboard.

18         MR. METZ:  No problem.

19         THE COURT:  Okay.  I'm going to seal the bench

20    conference that we had and also direct the reporter to strike

21    the name of the victim.  I believe when Mr. Yarbrough spoke

22    he said her name, and replace her name with the letter "A" in

23    the transcript.

24         All right.  Good luck, Mr. Yarbrough.

25         MR. METZ:  Thank you, Judge.

Page 35

1          MS. VILLAFANA:  Your Honor, I'd just like to move

2     to dismiss the remaining counts.

3          THE COURT:  Granted.

4     (Proceedings concluded.)

5                      * * * * *

6                     CERTIFICATE

7     I, Stephen W. Franklin, Registered Merit Reporter, and

8     Certified Realtime Reporter, certify that the foregoing is a

9     correct transcript from the record of proceedings in the

10    above-entitled matter.

11    Dated this 11th day of NOVEMBER, 2008.

12

13        /s/Stephen W. Franklin
      _____
14    Stephen W. Franklin, RMR, CRR

15

16

17

18

19

20

21

22

23

24

25

## A

**ability (5)** 20:10 22:10,11 31:3 33:24
**able (2)** 8:8 30:4
**above-entitled (1)** 35:10
**abuse (1)** 30:1
**accept (4)** 19:25 20:16 27:22 29:16
**account (1)** 29:1
**accused (1)** 21:6
**Act (2)** 30:6 32:6
**actions (1)** 21:23
**ad (1)** 2:10
**Adam (1)** 32:6
**add (4)** 5:10 20:23 22:5,15
**addendum (1)** 2:23
**addition (1)** 31:24
**address (3)** 18:9 27:11
**addressed (1)** 27:10
**adopt (1)** 21:12
**adopted (1)** 31:25
**adult (1)** 8:18
**adversely (1)** 28:16
**advisory (5)** 20:5 29:17,19,23 30:2
**affect (2)** 4:25 14:17
**afternoon (6)** 2:2,7,12,13,14,15
**age (1)** 32:10
**agent (1)** 2:9
**ago (1)** 2:25
**agree (3)** 4:2 12:8 19:25
**agreed (1)** 12:9
**agreeing (2)** 3:16,16
**agreement (17)** 3:4,20 4:12,15,19,20,25 6:9 7:9 19:12,24 20:4 22:17 27:20,21,22 29:16
**agreements (2)** 19:23 27:15
**agrees (1)** 6:4
**alcohol (4)** 4:6 6:21 9:5,6
**allege (1)** 5:23
**alter (1)** 30:23
**America (1)** 1:3 2:4
**amount (2)** 5:16 30:11
**and/or (1)** 22:10
**animal (1)** 14:15
**Ann (1)** 1:15
**anticipated (1)** 31:6
**apologies (1)** 21:24
**apologize (1)** 21:22
**appeal (12)** 7:20 32:23,24,24 33:1,2 34:2,4,5,6,6,7
**appealing (1)** 33:23
**appearances (2)** 1:14 2:6
**appellate (3)** 33:21,23 34:7
**appoint (2)** 34:7,12
**appointed (1)** 33:19
**appointing (1)** 33:22
**approach (2)** 7:4 27:16
**appropriate (1)** 28:4
**April (1)** 20:1
**area (1)** 33:8
**arguing (1)** 5:12
**arrived (1)** 19:24
**aside (1)** 20:14
**asked (1)** 13:13
**asking (2)** 7:9 13:19
**assessment (2)** 32:12,15
**assets (1)** 31:7
**attack (1)** 6:2
**attacks (2)** 10:20 14:11
**attempts (2)** 18:23 21:8
**Attention (1)** 31:11
**attorney (8)** 3:10,13,19,19 6:9,18,22 18:20
**Attorney's (1)** 31:1
**AUSA (1)** 1:15
**avoid (1)** 29:8
**aware (1)** 19:10
**A's (1)** 20:19

## B

**back (9)** 8:25 11:9 14:1,2 16:20,24 17:1 18:16 20:1
**bad (8)** 12:16,23 14:9,20 15:19 16:9,21 18:18
**based (2)** 4:24 29:25
**battery (1)** 20:25
**Beach (4)** 1:7,19 9:3,19
**beat (1)** 8:22
**beatings (1)** 10:17
**beg (3)** 8:5 10:23,25
**begins (1)** 7:17
**behalf (2)** 2:14 18:13
**behavior (3)** 28:14,15,15
**behaviors (1)** 29:15
**believe (2)** 2:25 19:8 20:1,24 21:14 27:12 29:17 34:21
**bench (1)** 34:19
**benefit (1)** 32:9
**better (2)** 12:20 27:17
**big (4)** 9:21,23,23 16:11
**birth (1)** 9:14
**blame (1)** 15:1
**blames (2)** 15:1,2
**blaming (1)** 15:4

## C

**C (1)** 1:15
**Call (1)** 2:1
**car (1)** 9:9
**care (1)** 29:12
**career (4)** 5:15,21 6:5,11
**carefully (1)** 19:23
**cars (1)** 9:9
**case (28)** 1:3 2:3,4,10 8:5 11:11 19:8,9,12,16,22 20:7 21:9 22:6,18 27:17,19,21,23 28:6,20 29:5 29:13,18 30:17 31:14 33:1,20
**cases (1)** 18:23
**categorized (1)** 6:11
**category (1)** 5:13
**cellphone (1)** 8:14
**certainly (1)** 7:14,23 19:2 20:13
**CERTIFICATE (1)** 35:6
**Certified (1)** 35:8
**certify (1)** 35:8
**change (3)** 18:15 21:25 31:3
**changes (1)** 4:24 5:3,4
**characteristics (1)** 30:8
**characterized (2)** 5:21 6:5
**charges (2)** 10:13 20:24
**chats (1)** 11:19
**child (5)** 8:9,17,24 9:19 11:14
**children (3)** 9:16 10:5 28:16
**child's (1)** 11:17
**chooses (1)** 34:5,5
**chose (1)** 20:10
**cigarettes (1)** 9:6
**Circuit (2)** 5:24 7:21
**circumstances (1)** 28:5
**CJA (2)** 33:19,20
**clear (1)** 5:22
**clearly (1)** 20:9
**Clematis (1)** 1:19
**Clerk (2)** 31:9,13
**Clerk's (1)** 31:11
**close (1)** 19:22
**clothes (1)** 8:14
**collateral (1)** 6:2
**college (1)** 8:19
**come (3)** 12:14 16:10 20:7
**comfortable (2)** 11:22,24
**coming (3)** 11:2,6 15:15
**comment (1)** 18:16
**comments (1)** 18:12
**commit (1)** 31:21
**committed (1)** 30:8
**comply (2)** 28:2 31:24
**compromises (1)** 27:18
**computer (2)** 32:2,3
**concluded (2)** 27:6 35:4
**condition (1)** 32:6
**conditions (3)** 31:25 32:1
**conduct (5)** 18:25 21:5 28:11 29:6,6
**conference (2)** 27:6 34:20
**consequences (1)** 19:17
**consider (5)** 27:24 28:4,18 29:11 33:21
**considerable (2)** 5:16 19:15
**considerations (1)** 19:10
**considered (1)** 29:21
**construct (1)** 19:23
**contact (2)** 32:4,4
**contained (1)** 6:9
**contains (1)** 29:22
**continue (2)** 32:9 34:3
**continuous (1)** 29:5
**controlled (1)** 31:23
**correct (2)** 6:8 35:9
**correctional (1)** 29:13
**correctly (1)** 9:11
**cost (1)** 33:1
**counsel (7)** 2:6,8,21 32:17 33:22 34:7,17
**count (1)** 10:13
**counts (1)** 35:2
**couple (2)** 15:11,12
**course (2)** 19:13 34:15
**court (92)** 1:1,18 2:1,2,12,15,20 3:1,7,9,12,15,18 3:23 4:1,5,9,11,16,18,24 5:8,12,15,19 6:7,14 6:17,20,24 7:5,7,14,23 8:1,3 11:15,19,22 12:21 16:3 18:7,11,22 19:10,14,25 20:2,4,10,16 21:3 21:7,11,12,15,15,17,20 22:4,16,17,20,24 27:7 29:2,3,9,11 30:3,7,23 31:3,13 32:1,8,20 32:22 33:6,9,10,14,16,18,21,24 34:1,9,11,16 34:19 35:3

## D

**damn (1)** 14:13
**dangerous (1)** 31:22
**date (1)** 32:25
**Dated (1)** 35:11
**daughter (19)** 8:10,12,16,20,21,23 9:1,4,5,7,11,12 9:13,17,18 10:20 11:1,5,7
**daughter's (1)** 9:18
**day (5)** 8:21 15:25 20:18,21 35:11
**days (2)** 23:5 32:25
**deal (4)** 7:8 28:7,21 29:14
**Dear (1)** 8:4
**death (2)** 20:11 28:21
**defendant (46)** 1:7,18 2:20 3:3,6,8,11,14,17,22,25 4:4,8,10,12 6:13,16,19,23 8:10,15,22 9:6,7 21:19,22 28:8,10,12 29:4,7,12 30:4,7,10,14,15 30:18,19,21 31:7,15,18,20 32:11,17
**defendants (2)** 27:16 29:9
**Defendant's (8)** 8:20 9:15 29:25 31:3
**defer (1)** 27:14
**degraded (1)** 9:10
**departed (1)** 33:14
**deserve (1)** 17:17
**detention (1)** 12:24
**determining (2)** 27:24 28:4
**deviant (5)** 28:14,15,15 29:6,14
**devices (1)** 31:22
**different (3)** 2:24 10:17 15:5
**direct (2)** 11:16 34:20
**disappeared (1)** 8:13
**disclosure (1)** 32:3
**discuss (1)** 3:15
**discussed (2)** 6:3,8
**discussing (4)** 3:19 6:18 19:8,15
**discussions (1)** 6:22
**dismiss (1)** 35:2
**disparities (1)** 29:9
**dispute (1)** 19:1
**district (4)** 1:1,1,12 31:19
**disturbed (1)** 28:17
**disturbing (2)** 28:6,9
**document (2)** 4:7,14
**doing (2)** 6:4 15:20
**doors (1)** 14:3
**dreams (4)** 9:17 14:13,13,14
**drink (1)** 15:13
**drinking (1)** 15:20
**drug (2)** 10:18 33:16
**drugs (6)** 4:6 6:21 8:16 9:5,6 10:16
**drunk (1)** 15:22
**dumb (1)** 12:4 17:21,22

## E

**earlier (1)** 7:4
**earned (1)** 30:16
**earnings (1)** 30:23
**earns (1)** 30:14
**easily (1)** 18:1
**either (3)** 3:16 27:7 34:4
**elements (1)** 6:1
**Eleventh (2)** 5:24 7:21
**employer (1)** 32:3
**employment (1)** 32:4
**ended (1)** 17:10
**engaged (1)** 28:10
**enhancement (1)** 6:1
**entire (2)** 4:12 32:25
**entire (2)** 8:11,11
**equally (1)** 28:9
**ESQ (1)** 1:16
**evading (1)** 5:25
**Everybody (1)** 10:8
**evidence (5)** 8:15 10:15 11:7 21:9,3 33:11
**excuse (1)** 21:23
**expect (2)** 18:15,16
**expected (3)** 13:4 21:10,10
**explain (1)** 16:6
**exploding (2)** 14:19,22
**extreme (1)** 9:7
**eye (1)** 21:9

## F

**face (3)** 13:2,2 21:4

## courts (etc.)

**courts (3)** 8:6 28:7 31:10
**Court's (2)** 32:17 33:12
**CPE (1)** 1:18
**crazy (1)** 15:22
**created (1)** 3:2
**crime (1)** 8:7
**crimes (3)** 5:25 29:4 31:21
**criminal (5)** 5:13,21 6:5 29:25 30:17
**CRR (2)** 1:18 35:14
**cry (1)** 14:16
**crying (2)** 10:21 20:19
**currently (1)** 20:23
**custody (2)** 30:8 31:17

## F (continued)

**facing (1)** 21:2
**fact (3)** 6:4 20:4 32:18
**factors (3)** 19:2 27:25 29:23
**facts (6)** 17:8 19:11,16 21:9 27:17,19
**familiar (1)** 4:19
**family (5)** 8:11,12 18:24 21:23 29:2
**far (1)** 19:9
**fault (2)** 8:20 9:15
**FBI (2)** 2:9 17:12
**federal (3)** 20:15 28:7 30:14
**feel (15)** 11:22,24 12:5,18 14:20 15:6,7,14,19,19 16:22 17:17 20:12,13 27:22
**feeling (1)** 12:6
**feelings (1)** 14:16
**felt (7)** 15:8,9,21,22 16:21,24 17:2
**fighting (3)** 8:23 14:12,25
**file (6)** 32:24,24 33:2 34:6,9,11
**filed (4)** 2:25 7:4 34:4,7
**finally (4)** 8:23 17:3,12 19:24
**financial (4)** 30:16,20 31:6,11
**find (4)** 4:11 6:24 8:25 11:10
**finding (2)** 21:12 30:3
**findings (1)** 32:17
**fine (3)** 5:6 30:4,5
**firearm (1)** 31:22
**first (9)** 7:12,18,24 12:4 13:1 14:2 16:20 17:14 28:10
**fit (1)** 8:7
**five (2)** 5:6 9:17
**five-year-old (3)** 9:21,25
**fix (1)** 21:25
**fleeing (1)** 5:24
**Florida (6)** 1:1,7,19 5:23 9:19 31:12
**following (2)** 22:23 32:1
**follows (1)** 30:13
**force (2)** 4:1 13:23
**foregoing (1)** 35:8
**forma (1)** 33:2
**forward (2)** 13:5 34:13
**forwarded (2)** 31:10,13
**found (3)** 12:11,12 17:13
**four (1)** 9:20
**four-year-old (1)** 9:22
**Francis (1)** 4:21
**Franklin (4)** 1:18 35:7,13,14
**frankly (1)** 22:10
**freely (3)** 3:23 4:9,13
**friends (2)** 8:14 9:5
**funny (3)** 16:7,8,15
**further (3)** 29:4 30:3,10

## G

**G (1)** 32:6
**gains (1)** 31:6
**generally (1)** 27:20
**gentlemen (1)** 9:20
**girl (1)** 9:10
**give (4)** 11:13 12:8 13:23 16:10
**go (9)** 8:18 11:9 12:8,9 14:7,12 17:12 21:4 27:20
**going (20)** 4:11 6:24 9:20 10:6,11 11:16 12:8 13:11 16:20 17:20 18:15,21 19:3 20:15 21:4,25 29:16,18 33:15 34:19
**gonna (6)** 10:9 11:3,8,14 16:8 18:24
**good (7)** 2:2,7,12,13,15 9:24 34:24
**gotten (1)** 17:24
**Government (8)** 1:15 5:18 7:2,9 18:8 27:18 31:5 32:20
**grandkids (1)** 10:8
**Granted (1)** 35:3
**greater (1)** 32:8
**gross (1)** 30:23
**grow (1)** 8:18
**guardian (2)** 2:10 22:21
**guardianship (1)** 32:8
**guess (6)** 3:2 12:3 15:23,25 17:6 27:10
**guideline (5)** 7:10 20:5 29:18,19 30:2
**guidelines (2)** 27:12 29:23
**guilty (3)** 18:25 19:6 20:19
**guy (1)** 16:25

## H

**half (3)** 20:14,18,21
**happen (4)** 10:2,11,14 12:16
**happened (4)** 10:1 17:25 18:14,16
**happening (1)** 16:15
**happens (1)** 17:23
**happy (4)** 5:19 8:17 17:14 34:8
**hard (3)** 13:24 15:24 19:22
**harm (1)** 29:7
**hate (2)** 10:21 19:17
**head (1)** 21:19
**heading (1)** 2:24
**heal (1)** 19:19
**hear (5)** 7:11 10:10 12:2 21:10,21
**heard (3)** 13:12
**hearing (1)** 5:19
**heart (1)** 11:10 16:6
**held (1)** 22:23

hell (1) 8:25
help (7) 14:20,21 16:5 17:22 19:19,19 22:3
helped (1) 17:4
highway (1) 9:9
history (5) 5:13 28:8,11 29:5,6
hoe (1) 16:22
hold (2) 13:23 14:22
holding (2) 3:2 35:1
home (1) 19:3
honestly (4) 14:25 15:20,21 16:25
Honor (20) 2:7,18 3:6 4:23 5:2 7:3,8,16 8:10
    10:11,23 11:2,11,18 12:1 19:13 20:5 27:9
    32:21 35:1
HONORABLE (1) 1:11
hope (3) 1:10 19:18 22:2
hours (1) 31:17
house (2) 12:7 17:10
housed (1) 33:9
household (1) 8:11
hug (2) 9:12 16:11
humane (1) 8:23
hurt (5) 11:14 13:16,19,20,23
hurting (1) 13:21

**I**

identified (1) 31:14
ignored (1) 17:7
imagined (1) 9:2
immediately (1) 32:11
impose (9) 7:2 21:3 22:17 28:1,22,25 29:3,8,19
imposed (7) 28:19 30:2,5,17,20 32:16,23
imprisoned (1) 30:9
imprisonment (3) 5:3 31:15 32:13
incarcerated (1) 34:14
incarceration (2) 30:12,21
incarcerative (1) 28:24
includes (1) 30:1
income (1) 31:7
incorporated (1) 4:14
indictments (1) 5:23
Industries (1) 30:15
influence (2) 4:5 6:20
inform (1) 11:19
inquire (1) 5:20
insofar (1) 21:12
instances (1) 30:1
intentions (1) 34:10
interest (1) 30:24
interested (1) 33:22
interpreted (1) 5:24
investigation (1) 2:17
involvement (1) 32:5
issue (6) 5:11 6:2,8 18:9 20:25 22:21
issues (8) 3:5,16,20 4:2,13 6:17 7:19 19:2

**J**

Jason (1) 2:9
job (2) 30:15,19
joint (5) 19:12 20:17 21:8,13 22:16
Judge (16) 1:12 2:13,19 5:10 8:4 18:12,20 19:21
    20:14,23 22:5,15 33:5,11,19 34:25
judgment (3) 30:7,17 32:25
Julia (2) 7:25 8:4
jury (1) 2:10
justice (1) 30:24
justify (1) 18:24
juve (1) 17:15
J-u-l-i-a (1) 8:2

**K**

KENNETH (1) 1:11
Kentucky (6) 6:3 9:1 17:1,19 20:24 21:5,6 33:7
kept (5) 13:11,14,18,19 15:4
keys (1) 8:14
kids (5) 9:19 10:8 11:1 16:7,9
killed (2) 11:7,21
kind (4) 12:5 13:6 16:21 17:7
kinda (2) 13:3 16:22
knew (8) 10:15,15,16 13:9,11,21 15:14 17:9
know (45) 4:19 10:9,11 12:4,5,8,15,20,23,25 13:2
    13:2,7,9,13,16,17,18,24,25 14:12,14 15:3,4,5
    15:17 16:1,6,15,17,23,23 17:1,4,22 18:3,3,4
    21:24,24 22:12 27:16,17 33:13,15
knowingly (1) 4:13
known (2) 11:4,6

**L**

large (1) 29:2
late (1) 12:24
law (3) 5:24 18:22 28:23
lawyers (1) 18:23
leave (5) 12:17 15:21 19:3,3 33:2
leaves (1) 20:22
leaving (2) 15:1,17
left (3) 8:13 11:17 17:7
legible (1) 22:9

letter (1) 34:22
letting (1) 10:3
Let's (1) 7:1
level (1) 5:3
levels (1) 5:1
lie (2) 12:12,19
life (6) 6:6 11:12 21:2 27:12 31:16 32:14
light (1) 21:7
line (2) 3:21 21:3
litem (2) 2:11
literally (1) 15:13
little (3) 9:10,22 11:2
lock (1) 14:2
locked (2) 14:3,3
long (2) 10:4 28:23
longer (4) 8:19 9:11 19:18 33:20
look (3) 10:4,4 19:22
looked (1) 9:2
looking (2) 13:5 17:6
looks (1) 14:8
Lord (1) 14:5
lot (1) 16:18
love (7) 13:18 14:23 16:25 17:5,6,7,25
loved (1) 8:16
loves (1) 9:20
low (2) 7:9 21:13 22:17
low-end (1) 20:4
luck (1) 34:24
lying (1) 17:2

**M**

mad (1) 16:16
man (2) 9:24 11:3
Manchester (1) 33:7
manner (2) 4:3 32:18
Marie (2) 1:15 2:7
Marion (4) 1:6 2:4,14 30:7
MARRA (1) 1:11
married (1) 8:19
material (1) 31:3
matter (2) 3:19 35:10
ma'am (2) 7:24 11:15
mean (15) 5:15 12:20,20 13:7 14:12 15:7,16,19,23
    16:1,24 17:9,17,20,22
medical (1) 29:12
medicine (2) 4:6 6:21
meeting (1) 13:6
member (1) 33:20
members (1) 8:11
mentally (1) 15:24
merely (1) 33:8
Merit (1) 35:7
merits (1) 3:15
messages (1) 11:5
meses (1) 16:19
met (3) 5:18 12:4 13:1
Metz (24) 1:16 2:13,13,19,22 4:14,17 5:10,14,16
    18:11,12,21 18 22:5 32:19 33:4,5,11,17,19
    34:8,14,18,25
Miami (2) 31:11,12
Michael (2) 1:16 2:13
microphone (2) 11:25 21:21
middle (2) 8:13 9:8
mind (3) 7:3 15:16,25
minimum (2) 8:7 30:19
minor (2) 28:11,16
minors (4) 29:6 30:1 32:4,4
missing (2) 9:17,19
mom (3) 12:2 14:15,24
moment (1) 15:18
monitor (1) 31:2
month (1) 20:6
monthly (1) 30:22
months (6) 5:4 19:7,8 21:13 30:9 32:13
morning (1) 8:21
mother (8) 7:10,18 8:5 9:14 10:4 20:9,19 21:11
mother's (1) 7:12
motion (2) 7:34 34:11
move (1) 35:1
multiple (1) 21:2
music (1) 21:4

**N**

name (8) 7:18,20 8:4 9:18 11:17 34:21,22,22
names (1) 21:1
nature (1) 28:5
necessary (2) 6:1 28:2
need (6) 3:2 11:19 17:4,5,5 28:18
needs (6) 19:19 22:3 28:17 29:7,14,14
nephews (1) 10:9
never (5) 9:1,5 10:11,21 12:23
new (1) 34:17
nieces (1) 10:8
night (4) 8:13,21 14:2 15:15
nightmare (1) 8:12
nightmares (2) 9:12 14:10
Nods (1) 21:19

North (1) 31:11
noted (1) 32:6
notice (3) 32:24 34:6,9
NOVEMBER (1) 35:11
numb (3) 15:14,15,15
number (1) 2:5
numerous (1) 8:22

**O**

object (1) 32:17
objection (3) 5:20 6:6,25
objections (1) 6:11
obligation (1) 31:8
obligations (2) 30:17,20
obvious (1) 28:12
obviously (1) 29:13
occurred (1) 19:4
offender (6) 5:15,21 6:5,12 32:2,5
offense (5) 5:21 25 28:5,19,20
offensive (1) 20:8
office (4) 31:1,2,11,19
OFFICER (3) 4:21 5:2,9
Official (1) 1:18
oh (5) 13:18 14:13 16:8,11,12
okay (7) 5:15 6:20 13:15 18:11 33:18 34:8,19
old (2) 11:13,14
onboard (1) 34:17
once (2) 22:2 34:7
ones (1) 11:22
opened (1) 19:20
opinion (1) 8:7
opinions (1) 7:21
opportunity (1) 7:11
order (5) 2:1 30:20 22:24 30:20 33:9
ordered (1) 30:10
orders (1) 32:8
Ordinarily (1) 27:14
organizations (1) 32:5
original (1) 3:1
outlined (2) 29:20,24
outside (1) 9:9

**P**

page (1) 3:21
pain (1) 15:18
Palm (4) 1:7,19 9:3,18
panel (1) 33:20
panic (2) 10:20 14:11
paragraph (1) 20:3
Part (1) 32:6
particular (2) 5:22 22:6
parties (13) 19:1 20:3 21:8,12 22:17 27:15,15,16
    27:21,22 29:17,22
party (2) 9:8,8
passing (1) 9:9
paupers (1) 31:23
pause (1) 7:15
pay (8) 30:4,10,15,19,22 31:4 32:11 33:1
payable (1) 31:9
payment (3) 30:1,24 31:2
payments (1) 31:5
pending (1) 30:24
penitentiary (1) 20:16
people (3) 14:19,23 16:18
percent (2) 30:16,22
period (3) 9:4 30:12 34:17
perpetuated (1) 19:3
person (3) 13:4 16:16 31:18
personally (3) 14:5,16
physical (2) 13:22 15:17
picture (1) 13:8
placed (1) 31:16
Plaintiff (1) 1:14
plea (5) 4:15 7:9 19:23 20:1,4
please (7) 2:2,6 7:24 10:23,25 11:25 21:21
pled (3) 18:25 19:6 20:19
point (5) 9:10 17:24 22:15 34:6,13
portion (1) 27:12
possess (1) 31:23
possessing (1) 31:21
possession (1) 32:2
posters (1) 9:3
posture (1) 19:9
potentially (1) 21:2
preclude (1) 5:11
prefer (1) 21:17
pregnant (2) 15:11,12
prepared (1) 10:24
present (2) 2:10 7:12
presentence (2) 2:17 4:25 29:22 32:7
presumably (1) 4:15
pretend (2) 12:19 13:14 14:18
pretended (2) 13:6,7,10,13
pretending (1) 13:14
pretty (1) 33:1
preventing (1) 10:2
primary (1) 19:11
prior (1) 5:19

Prison (1) 30:15
Prisons (3) 30:9,25 31:18
probably (1) 19:17
probation (8) 4:21,22 5:2,5,9,18 31:1,19
Probation's (1) 4:19
problem (1) 34:18
proceed (1) 22:22
proceedings (5) 1:10 7:15 22:23 35:4,9
processor (1) 22:9
program (2) 33:14,16
promised (1) 10:16
promises (1) 28:22
pronounced (1) 32:18
proposed (1) 27:19
prostitute (1) 16:23
protect (2) 28:17 29:3
prove (1) 27:18
provide (2) 28:25 29:12
provisions (1) 5:5
PSI (1) 33:12
psychiatrist (1) 28:13
psychologist (1) 28:13
public (2) 21:1 29:4
published (1) 7:21
punishment (1) 29:1
purpose (1) 21:14
purposes (2) 28:2 33:21
pursuant (2) 7:8 30:6
push (1) 13:10
pushed (1) 15:3
put (6) 8:10 9:3 17:15,16 20:3,13

**Q**

qualify (1) 33:13
quarter (1) 30:19

**R**

range (7) 5:3,7 7:10 20:5 29:18,19 30:2
rape (2) 16:12 20:25
raped (2) 8:21 10:18
raping (1) 9:7
rate (1) 30:22
RDAP (1) 33:14
read (6) 3:7,13 10:24,25 11:4 22:11
realize (2) 11:5 17:4
really (6) 12:11 14:20 15:3,19 16:9,21
Realtime (1) 35:8
reasons (1) 29:20
recommend (2) 27:12 33:6,14
recommendation (8) 20:17,17 21:8,13 27:11,13
    33:8,18
recommendations (1) 33:3
record (6) 7:17 11:17 29:25 31:14 33:12 35:9
records (1) 29:10
record's (1) 5:22
redacted (2) 9:22 21:22
reduces (1) 5:1
refer (2) 2:23 22:16
referred (3) 7:18,19 20:24
reflect (1) 28:19
Reform (1) 30:6
regarding (3) 3:5,20 4:12
Registered (1) 35:7
registration (1) 32:2
relative (1) 3:15
release (9) 5:6 27:11 30:21 31:15,16,17,20,25
    32:14
released (1) 31:19
remain (1) 5:5
remaining (1) 35:2
remains (3) 5:5,6,7
removed (1) 29:7
replace (2) 11:17 34:22
report (6) 2:17 4:25 29:22 31:2,18 32:7
reporter (6) 1:18,18 11:16 34:20 35:7,8
represent (1) 34:12
representing (1) 34:3
requested (1) 7:11
researching (1) 5:17
resolution (1) 4:2
resolve (1) 19:12
resonate (1) 20:20
respect (2) 27:23 28:22
rest (1) 11:1
restitution (8) 30:4,11,22 31:2,7,9,12 32:14
restriction (2) 32:3,3
review (3) 3:9 11:19 21:8
reviewed (4) 2:17,20,22 3:13
reviewing (1) 3:18
Richards (1) 2:9
right (25) 2:3 3:1 4:11,18 5:8 6:7 7:1,13,23,24
    10:12,13 11:11 12:22 18:8 19:4,5,5 27:7,14
    32:22,23 34:1,2,24
RMR (2) 1:18 35:14
role (1) 18:20
room (2) 12:3 31:12
rudimentary (1) 22:11

**run (1)** 12:17

**S**

**satisfy (1)** 31:7
**saw (1)** 17:3
**saying (2)** 10:1 34:9
**says (3)** 9:18 14:15 16:7
**scared (4)** 12:16 13:3,17 17:14
**scars (1)** 19:19
**schedule (1)** 30:24
**school (4)** 8:17 12:24 16:7,9
**screaming (1)** 12:2
**seal (1)** 34:19
**Sealed (1)** 22:24
**search (1)** 32:6
**seated (1)** 2:2
**Section (2)** 27:25 31:11
**see (4)** 10:5 11:20 14:7 18:22
**seek (1)** 33:2
**seen (3)** 3:3,4 4:20
**sentence (23)** 7:2 20:6,6 22:19 27:23,24 28:1,4,18
28:22,24,25 29:3,8,11,17,19 30:2 32:13,16,18
32:23 33:23
**sentences (1)** 21:2
**sentencing (1)** 1:10 2:16 3:5,20 4:2,12 6:9 22:22
27:15 29:9 30:6
**separate (2)** 5:23 33:22
**September (1)** 1:7
**serious (2)** 28:6,20
**seriously (1)** 28:23
**seriousness (1)** 28:19
**sex (3)** 16:24 32:2,5
**sexual (4)** 20:25 28:10 29:6 30:1
**short (3)** 21:14 28:21 34:16
**shut (1)** 16:12
**side (1)** 27:8
**sidebar (3)** 18:10 22:23 27:6
**sides (1)** 2:16
**sign (3)** 9:20,23 19:25
**signature (1)** 3:21
**signed (1)** 4:6
**significant (2)** 22:10
**significantly (1)** 28:23
**similar (1)** 29:10
**simple (1)** 16:18
**single (1)** 30:18
**sir (14)** 3:6,8,11,14,17,22,25 4:4,8,10 6:13,16,19
6:23
**sit (2)** 12:19 20:15
**situation (1)** 17:11
**sleep (3)** 14:1,11,12
**sleeps (1)** 9:11
**smart (1)** 9:25
**smoke (1)** 15:14
**smoked (1)** 15:22
**social (2)** 28:13
**society (3)** 28:17 29:2,7
**solely (1)** 7:18
**somebody (4)** 14:7 16:7 17:5,7
**sorry (7)** 12:1 14:13 15:10,20 18:14,19 22:2
**sound (2)** 16:9,21
**sounds (1)** 17:22
**SOUTHERN (1)** 1:1
**speak (4)** 7:11 11:23,24 21:18
**speaking (1)** 5:17
**special (6)** 2:9 18:2,2 32:1,12,15
**spell (1)** 8:1
**spells (1)** 10:21
**spent (2)** 5:16 19:15
**spoke (1)** 34:21
**spoken (1)** 4:21
**squeeze (1)** 16:11
**stand (2)** 18:21,23
**standard (1)** 31:24
**start (1)** 12:3
**state (1)** 2:6
**statement (3)** 7:12 21:15 22:7
**statements (2)** 20:20 29:21
**States (10)** 1:1,3 2:4,8 30:25 31:1,1,10,10 32:12
**statute (1)** 6:3
**statutory (2)** 5:4 29:23
**stayed (1)** 17:18
**Stephen (3)** 1:18 35:7,14
**stipulation (1)** 2:23
**stop (5)** 10:6 11:3 13:13,13,16
**stopped (2)** 8:23 16:17
**store (1)** 14:9
**Street (1)** 1:19
**strike (3)** 11:16 27:19 34:20
**strong (1)** 9:23
**stuff (2)** 12:2,5
**subject (1)** 19:13
**substance (1)** 31:23
**suffer (1)** 19:18
**suffers (1)** 10:20
**sufficient (3)** 20:8 22:19 28:1
**suggest (4)** 11:20 20:5 21:7 22:18
**suggesting (1)** 20:2

**suicidal (1)** 17:23
**suicide (1)** 17:21
**Suite (1)** 1:19
**supervised (6)** 5:6 27:11 31:16,20,25 32:14
**sure (11)** 3:2 7:6 11:8,9,13 13:11 14:3 19:10 20:8
20:11,20
**s/Stephen (1)** 35:13

**T**

**table (3)** 2:8 11:23,23
**take (10)** 9:24 12:21,21 16:4,5,14,16 19:21 22:13
27:16
**talk (1)** 22:21
**talked (1)** 6:10
**talking (3)** 9:20 16:17 21:1
**tell (9)** 7:24 12:13,15 13:4,5,12,22 18:17 19:14
**telling (3)** 13:4 13:15,18
**tells (1)** 9:21
**ten (1)** 32:25
**term (2)** 30:9 31:16
**terms (1)** 7:8
**terribly (1)** 18:14
**Thank (9)** 4:17 5:8 8:3 11:15 18:7 22:4,20 34:14
34:25
**therapist (1)** 17:3
**thing (6)** 5:10 9:2 11:11 18:1 27:10 28:9
**things (10)** 10:1,10,17 13:22 14:17,25 15:20 16:5
16:5 17:21
**think (13)** 2:24 5:1 10:10 11:18 15:8 16:7,14,21
18:4,5 19:18 20:18 34:8
**thinks (1)** 9:21
**thought (4)** 9:1 17:11,24 18:2
**thoughts (2)** 17:21,23
**threaten (1)** 4:1
**three (1)** 9:16
**ticket (1)** 12:9
**time (24)** 4:6 5:16 6:21 9:4,17 10:9,12 11:8 12:6
12:12,18,21,21 13:15 14:7 15:12 16:6 19:15
20:3,15 28:10 30:23 34:4,16
**times (4)** 8:22 13:12 15:11,12
**today (3)** 5:17 7:4 33:12
**told (7)** 8:15 12:8,10,10,13 13:17 17:3
**total (2)** 5:2 32:13
**touched (1)** 9:13
**training (1)** 29:12
**transcript (1)** 1:10 7:20 34:23 35:9
**trapped (5)** 12:6,7 15:7,9,22
**trash (1)** 18:23
**travel (1)** 8:19
**treatment (3)** 29:13,14 32:5
**trial (1)** 19:9
**tried (5)** 13:10 14:18 15:11,12,24
**tries (1)** 14:15
**truth (1)** 12:13
**try (5)** 14:16,17,17 18:24 27:16
**trying (4)** 8:25 12:17 16:2 17:10
**Twenty-four (2)** 8:6 20:14
**twice (1)** 8:21
**two (10)** 2:25 5:1,23 9:16,20 30:18
**typed (1)** 21:7
**types (1)** 18:22

**U**

**ultimately (1)** 19:25
**unable (1)** 33:1
**unauthorized (1)** 5:5
**uncomfortable (1)** 19:16
**underlying (1)** 21:5
**understand (9)** 3:12 5:12 6:10,17 16:1,15 20:12
21:1 34:1
**understanding (1)** 19:11
**understands (1)** 33:8
**unexpected (1)** 31:6
**unfortunately (3)** 18:22 27:21
**Unicore (2)** 30:15,18
**United (1)** 1:1,3 2:3,8 30:25,25 31:1,1,10,10 32:11
**unreasonable (1)** 27:20
**unwarranted (1)** 29:9
**urge (1)** 21:12
**use (2)** 8:16 10:16
**uses (1)** 11:3
**U.S (2)** 1:12 4:21
**U.S.C (1)** 27:25

**V**

**v (1)** 1:5
**variety (1)** 19:23
**Versus (1)** 2:4
**Vice (1)** 14:4
**victim (9)** 2:9 7:10,19 8:5 11:21 18:23 29:1 31:14
34:21
**victims (1)** 31:13
**victim's (2)** 7:18 18:24
**Villafana (18)** 1:15 2:7,8,18 7:3,6,8,16 11:18 18:5
18:9 19:7,15,22 21:10 27:9 32:21 35:1
**violent (1)** 5:25
**virgin (4)** 8:16 10:16 12:23 16:25

**voluntarily (3)** 3:24 4:9,13 6:15

**W**

**W (4)** 1:18 35:7,13,14
**wages (2)** 30:14,16
**wait (3)** 8:18 13:17,20
**waiver (2)** 33:24,25
**wakes (1)** 9:12
**walk (2)** 14:3 18:8
**Walsh (1)** 32:6
**Wal-mart (1)** 14:7
**want (15)** 12:1,3,15,16 13:4,5,16 14:11 18:17 20:7
21:18,22 22:5,12 34:16
**wanting (1)** 8:18
**wants (1)** 5:19
**warranted (1)** 29:18
**wasn't (3)** 13:11 14:21
**way (9)** 4:2 10:2 12:19 15:21 16:22 17:9 19:12
20:12,13
**wears (1)** 8:14
**weed (2)** 15:14,22
**week (1)** 17:18
**Weisberg (1)** 4:1
**welcome (1)** 5:9
**went (6)** 6:25 9:7,17 12:22 13:1,9
**West (4)** 1:7,19 9:3,18
**we'll (1)** 22:22
**we're (4)** 2:3 5:14 14:24,25
**willingly (1)** 6:14
**windows (1)** 14:3
**wish (2)** 21:25 32:24
**withdraw (2)** 6:6 34:12
**withdrawing (1)** 6:11
**withdrawn (1)** 6:24
**withdraws (1)** 5:20
**WITNESS (6)** 7:25 8:2,4 12:1,22 16:4
**word (1)** 22:9
**words (4)** 10:21 16:18 22:8,13
**work (2)** 19:3 30:18
**worked (2)** 15:16 19:7
**worker (1)** 28:14
**world (1)** 11:2
**worried (2)** 14:4,6
**worry (1)** 13:19
**worse (2)** 14:19,24
**worth (3)** 18:13 22:6,12
**wouldn't (3)** 10:1 12:14 13:20
**wounds (1)** 19:20
**write (1)** 22:10
**wrong (3)** 13:8 17:9 18:18
**wrongful (1)** 29:5

**Y**

**Yarbrough (29)** 1:6 2:4,14 3:4 5:18,20 6:3,7
11:20 18:14,25 19:6,24 20:11,15,21,23 21:4,14
22:8,9,13 30:8 32:22 33:6,14,22 34:21,24
**Yarbrough's (3)** 18:20 34:10
**yeah (2)** 13:17 14:1
**years (10)** 5:6 8:6,6,7 11:13 20:9,14,18,21 32:10
**yesterday (1)** 5:17
**younger (1)** 9:19
**youth (1)** 32:5

**$**

**$100 (2)** 32:12,14
**$20,000 (1)** 5:7
**$200,000 (1)** 5:7
**$25 (1)** 30:19
**$3300 (2)** 30:11 32:14

**0**

**07-80099-CR-MARRA (1)** 1:3 2:5

**1**

**10 (1)** 30:22
**11th (1)** 35:11
**15 (2)** 10:15 12:10
**15-year-old (2)** 8:24 9:10
**17 (2)** 32:25 32:10
**19 (1)** 1:7
**1984 (1)** 30:6

**2**

**2008 (1)** 1:7 35:11
**21 (1)** 12:10
**24 (4)** 8:6 20:9,17,21
**24-and-a-half-year (1)** 22:19
**24-plus-year (2)** 20:6,6
**25,000 (1)** 9:3
**292 (2)** 5:4 21:13

**3**

**3 (1)** 3:21
**30-something (1)** 12:12

**33128 (1)** 31:12
**33401 (1)** 1:19
**34 (1)** 12:11
**35 (1)** 5:3
**3553 (1)** 28:3
**3553(a)(1) (1)** 27:25
**365 (1)** 5:4

**4**

**4th (1)** 20:1
**400 (1)** 31:11
**417 (1)** 1:19
**480 (2)** 30:9 32:13

**5**

**50 (1)** 30:16
**54 (1)** 8:7
**561)514-3768 (1)** 1:18

**6**

**60 (2)** 10:6 11:3

**7**

**7 (2)** 20:3 27:25
**70 (1)** 11:13
**701 (1)** 1:19
**72 (1)** 31:17

**8**

**8N09 (1)** 31:12